FILED
2026 Oct-05 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY TATUM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01961-ACA-HNJ |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# FINAL JUDGMENT

Consistent with the accompanying memorandum opinion entered on this date, is the court **DISMISSES** Petitioner Terry Tatum's 28 U.S.C. § 2254 petition for writ of habeas corpus **WITHOUT PREJUDICE**.

Costs are taxed as paid.

**DONE** and **ORDERED** this October 5, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE